UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATASHA NICOLE YOUNG, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. CR07-186 JLR<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on supervised release revocation in this case was scheduled before me on September 8, 2011. The United States was represented by AUSA Jill Otaki for Vince Lombardi and the defendant by Jay Stansell for Paula Deutsch. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 13, 2007 by the Honorable James L. Robart on charges of Bank Fraud and Aggravated Identity Theft, and sentenced to 15 months custody on Count 1 followed consecutively by 24 months on Count 2, five years supervised release.

The conditions of supervised release included the standard conditions plus the

requirements that defendant abstain from alcohol, participate in a substance abuse program, submit to search, pay restitution in the amount of $24,700, provide access to financial information by her probation officer, maintain a single checking account in her name for all financial transactions, divulge any business interests, disclose all assets and liabilities, allow inspection of her personal computer, notify her probation officer of all software owned or purchased, be prohibited from incurring new credit obligations or lines of credit without permission, be restricted from employment in which she has access to personal or financial information of others unless approved by her probation officer, and not possess any false identification. (Dkt. 22.)

In an application dated August 15, 2011 (Dkt. 23, 24), U.S. Probation Officer Jennifer J. Tien alleged the following violations of the conditions of supervised release:

1. Failing to make monthly restitution payments since December 2010, in violation of the special condition that she make monthly payments.

2. Associating with known felons without the prior permission of her probation officer, in violation of standard condition number 9.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Robart.

/ / /

01       Pending a final determination by the Court, defendant has been released on supervision.

02       DATED this 8th day of September, 2011.

                                                           /s/ Mary Alice Theiler

                                                           Mary Alice Theiler
                                                           United States Magistrate Judge

08 cc:    District Judge:          Honorable James L. Robart
         AUSA:                  Vincent Lombardi, Jill Otaki
09      Defendant's attorney:    Paula Deutsch, Jay Stansell
         Probation officer:       Jennifer J. Tien

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3